**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Terry M. Hagen                                   **BK NO. 17-03826 HWV**
      Jessica N. Hagen a/k/a Jessica N. Mason
                 Debtor(s)                    **Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

      Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
04 Jan 2023, 09:32:23, EST

      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322

Document ID: 4f4f729d6a07dab8f33d6b0fb19ae91e5f630ef315c1726f1dc647bba89b8d18