IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Terry M. Hagen
Jessica N. Hagen

Debtors

Case No. 1-17-bk-03826-HWV

Chapter 13

ORDER APPROVING THE PAYMENT OF COUNSEL FEES

UPON CONSIDERATION OF a review of the Fifth Application of Attorney for Chapter 13 Attorney's Fees and Expenses filed by Brent Diefenderfer, Esquire, counsel for the above Debtors, and for the reasons stated on the record, it is hereby

ORDERED that counsel fees for the period of time beginning July 02, 2020, through October 26, 2023, in the amount of $4,194.00 for legal services rendered by said counsel to the Debtor; and for reimbursement to said counsel for out-of-pocket expenses incurred from July 02, 2020, through October 26, 2023, in the amount of $412.96 for a total award of $4,606.96 are hereby approved. It is further

ORDERED that after receipt of $1,850.00 from the Debtors, and $12,098.04 previously received from the Chapter 13 Trustee, that Counsel may collect the $4,606.96 from the Debtors outside of the Plan.