United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Terry M. Hagen  
Jessica N. Hagen  
    Debtors

Case No. 17-03826-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4  
Date Rcvd: Dec 20, 2024     Form ID: 3180W     Total Noticed: 59

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Terry M. Hagen, Jessica N. Hagen, 16093 Maddox Road, Stewartstown, PA 17363-8625 |
| 4968652 | + | AT&T UNIVERSAL, P.O. BOX 183055, COLUMBUS, OH 43218-3055 |
| 4968653 | + | AT&T UNIVERSAL, P.O. BOX 183062, COLUMBUS, OH 43218-3062 |
| 4968646 | + | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 4968681 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, HOME DEPOT CREDIT SERVICES, PO BOX 182676, COLUMBUS, OH 43218-2676 |
| 4968679 | | HOME DEPOT, PO BOX 183175, COLUMBUS, OH 43218-3175 |
| 4968678 | | HOME DEPOT, PO BOX 9055, DES MOINES, IA 50368-9055 |
| 4968691 | | PAYPAL CREDIT, P.O. BOX 10568, ATLANTA, GA 30348 |
| 4968647 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 4968645 | + | TERRY M. HAGEN, JESSICA N. HAGEN, 16093 MADDOX ROAD, STEWARTSTOWN, PA 17363-8625 |
| 4968693 | + | YORK COUNTY CHILD SUPPORT, 100 WEST MARKET STREET, YORK, PA 17401-1332 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4968650 | | EDI: CITICORP | Dec 20 2024 23:34:00 | AT&T UNIVERSAL, P.O. BOX 8116, SOUTH HACKENSACK, NJ 07606 |
| 4968651 | + | EDI: CITICORP | Dec 20 2024 23:34:00 | AT&T UNIVERSAL, P.O. BOX 45165, JACKSONVILLE, FL 32232-5165 |
| 4968654 | + | EDI: CITICORP | Dec 20 2024 23:34:00 | AT&T UNIVERSAL CITI CARD, PO BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 4968682 | | EDI: CITICORP | Dec 20 2024 23:34:00 | HOME DEPOT CREDIT SERVICES, PROCESSING CENTER, DES MOINES, IA 50364-0500 |
| 4968660 | + | EDI: CITICORP | Dec 20 2024 23:34:00 | CITIBANK/ GOOD YEAR, P.O. BOX 790040, S LOUIS, MO 63179-0040 |
| 4968661 | + | EDI: CITICORP | Dec 20 2024 23:34:00 | CITIBANK/THE HOME DEPOT, P.O. BOX 790040, S LOUIS, MO 63179-0040 |
| 4968664 | | EDI: CITICORP | Dec 20 2024 23:34:00 | CITICARDS CBNA, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 4968662 | + | EDI: CITICORP | Dec 20 2024 23:34:00 | CITICARDS CBNA, P.O. BOX 790040, SAINT LOUIS, MO 63179-0040 |
| 4968663 | + | EDI: CITICORP | Dec 20 2024 23:34:00 | CITICARDS CBNA, 701 E 60TH ST N, SIOUX FALLS, SD 57104-0432 |
| 4968665 | | EDI: WFNNB.COM | Dec 20 2024 23:35:00 | COMENITY BANK, BANKRUPTCY DEPT., PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 4968666 | + | EDI: WFNNB.COM | Dec 20 2024 23:35:00 | COMENITYCAPITAL/ULTAMC, PO BOX |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 182120, COLUMBUS, OH 43218-2120 |
| 4999743 | | Email/PDF: bncnotices@becket-lee.com | Dec 20 2024 18:45:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5001801 | | EDI: Q3G.COM | Dec 20 2024 23:35:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 4968667 | + | EDI: DISCOVER | Dec 20 2024 23:34:00 | DISCOVER FINANCIAL, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 4968673 | + | EDI: DISCOVER | Dec 20 2024 23:34:00 | DISCOVER FINANCIAL SERVICES, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 6103, CAROL STREAM, IL 60197-6103 |
| 4968668 | | EDI: DISCOVER | Dec 20 2024 23:34:00 | DISCOVER FINANCIAL, P.O. BOX 15316, WILMINGTON, DE 19850 |
| 4968670 | | EDI: DISCOVER | Dec 20 2024 23:34:00 | DISCOVER FINANCIAL, P.O. BOX 7086, DOVER, DE 19903 |
| 4968669 | | EDI: DISCOVER | Dec 20 2024 23:34:00 | DISCOVER FINANCIAL, P.O. BOX 8003, HILLIARD, OH 43026 |
| 4968671 | | EDI: DISCOVER | Dec 20 2024 23:34:00 | DISCOVER FINANCIAL SERVICES, P.O. BOX 3008, NEW ALBANY, OH 43054 |
| 4968672 | | EDI: DISCOVER | Dec 20 2024 23:34:00 | DISCOVER FINANCIAL SERVICES, P.O. BOX 7086, DOVER, DE 19903 |
| 4968674 | + | EDI: DISCOVERPL | Dec 20 2024 23:35:00 | DISCOVER PERSONAL LOAN, ATTENTION: BANKRUPTCY, PO BOX 30954, SALT LAKE CITY, UT 84130-0954 |
| 4968675 | + | EDI: DISCOVERPL | Dec 20 2024 23:35:00 | DISCOVER PERSONAL LOANS, PO BOX 30954, SALT LAKE CITY, UT 84130-0954 |
| 4971994 | | EDI: DISCOVER | Dec 20 2024 23:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4968677 | + | EDI: CITICORP | Dec 20 2024 23:34:00 | GOODYEAR CREDIT CARD, P.O. BOX 6403, SIOUX FALLS, SD 57117-6403 |
| 4968676 | | EDI: CITICORP | Dec 20 2024 23:34:00 | GOODYEAR CREDIT CARD, P.O. BOX 9025, DES MOINES, IA 50368-9021 |
| 4968680 | + | EDI: CITICORP | Dec 20 2024 23:34:00 | HOME DEPOT CREDIT SERVICES, PO BOX 790328, SAINT LOUIS, MO 63179-0328 |
| 4968649 | | EDI: IRS.COM | Dec 20 2024 23:34:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4968655 | | EDI: JPMORGANCHASE | Dec 20 2024 23:34:00 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 4968657 | | EDI: JPMORGANCHASE | Dec 20 2024 23:34:00 | CHASE CARD SERVICES, CARDMEMBER SERVICE, P.O. BOX 15153, WILMINGTON, DE 19886 |
| 4968658 | | EDI: JPMORGANCHASE | Dec 20 2024 23:34:00 | CHASE CARD SERVICES, PO BOX 94014, PALATINE, IL 60094 |
| 4968659 | | EDI: JPMORGANCHASE | Dec 20 2024 23:34:00 | CHASE MORTGAGE, 3415 VISION DR, COLUMBUS, OH 43219 |
| 5005671 | | EDI: JPMORGANCHASE | Dec 20 2024 23:34:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA, 71203 |
| 4968656 | | EDI: JPMORGANCHASE | Dec 20 2024 23:34:00 | CHASE CARD, ATTN: CORRESPONDENCE DEPT, PO BOX 15298, WILMINGTON, DE 19850 |
| 4968683 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

| Recipient | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 4968684 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 20 2024 18:42:00 | KOHL'S, ATTN: RECOVERY DEPT, PO BOX 3120, MILWAUKEE, WI 53201-3120 |
| 4968686 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 20 2024 18:42:00 | KOHL'S, PO BOX 2983, MILWAUKEE, WI 53201-2983 |
| 4968685 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 20 2024 18:42:00 | KOHLS/CAPITAL ONE, PO BOX 3084, MILWAUKEE, WI 53201-3084 |
| 4968687 | + | Email/Text: unger@members1st.org | Dec 20 2024 18:42:00 | KOHLS/CAPITAL ONE, KOHLS CREDIT, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 4968688 | + | Email/Text: unger@members1st.org | Dec 20 2024 18:43:00 | MEMBERS 1ST F C U, 5000 LOUISE DR, MECHANICSBURG, PA 17055-4899 |
| 5360787 | + | EDI: AISMIDFIRST | Dec 20 2024 18:43:00 | MEMBERS 1ST FEDERAL, 5000 LOUISE DR, MECHANICSBURG, PA 17055-4899 |
| 5360787 | + | EDI: AISMIDFIRST | Dec 20 2024 23:34:00 | MidFirst Bank, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5360786 | + | EDI: AISMIDFIRST | Dec 20 2024 23:34:00 | MidFirst Bank, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 4968648 | + | EDI: PENNDEPTREV | Dec 20 2024 23:35:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 4968648 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 20 2024 18:43:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 4968689 | + | Email/Text: recovery@paypal.com | Dec 20 2024 18:42:00 | PAYPAL, LEGAL DEPT., 2211 NORTH FIRST STREET, SAN JOSE, CA 95131-2021 |
| 4968690 | + | EDI: SYNC | Dec 20 2024 23:34:00 | PAYPAL CREDIT, PO BOX 5018, LUTHERVILLE TIMONIUM, MD 21094-5018 |
| 5011947 | | EDI: PRA.COM | Dec 20 2024 23:34:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4973602 | + | EDI: PENNDEPTREV | Dec 20 2024 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 4973602 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 20 2024 18:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5013308 | | EDI: Q3G.COM | Dec 20 2024 23:35:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4968692 | + | Email/Text: kcm@yatb.com | Dec 20 2024 18:42:00 | YORK ADAMS TAX BUREAU*, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 22, 2024       Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent Diefenderfer | on behalf of Debtor 2 Jessica N. Hagen bdiefenderfer@cgalaw.com jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Brent Diefenderfer | on behalf of Debtor 1 Terry M. Hagen bdiefenderfer@cgalaw.com jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Janet M. Spears | on behalf of Creditor MIDFIRST BANK bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Jerome B Blank | on behalf of Creditor JPMorgan Chase Bank  National Association pamb@fedphe.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Terry M. Hagen <br> First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–8093 <br> EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Jessica N. Hagen <br> First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–2180 <br> EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | |
| Case number: 1:17–bk–03826–HWV | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Terry M. Hagen

Jessica N. Hagen
aka Jessica N. Mason

12/20/24

**By the court:**

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**