

**pennsylvania**
DEPARTMENT OF REVENUE
HARRISBURG PA 17128-2005

REV bL059 3



MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT ST RM 320
HARRISBURG, PA 17101

| | |
|---|---|
| Date Issued | 01/24/2025 |
| Letter ID | L0030330012 |
| Social Security Number | ***-**-8883 |

**Notice of Withdrawal**

This notice is to inform you of the Pennsylvania Department of Revenue's bankruptcy claim withdrawal of the below case.

| Account Information: | Bankruptcy Case Details: |
|---|---|
| BOYER, ERIC M | **Case ID:** 2500052 |
| Social Security Number : ***-**-8883 | **Type:** Chapter 13 |
| | **File Date:** 09-Jan-2025 |

| **Why you are receiving this notice** | On **24-Jan-2025** the department sent you a Proof of Claim in the amount of **$45.12**. |
|---|---|
| If you have any questions regarding this notice, please contact the department using the information provided. | Since the filing of our claim, a remittance or additional information has been received satisfying all liabilities on the Proof of Claim. |
| Tamika Washington | |
| Phone: (717) 783-0337 | |
| Fax: (717) 783-4331 | |

| **What you need to do** | Please accept this letter as your authority to withdraw our claim. No further action is required. |
|---|---|