

**pennsylvania**
DEPARTMENT OF REVENUE
HARRISBURG PA 17128-2005

REV bL059 3

MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT ST RM 320
HARRISBURG, PA 17101

Date Issued

Letter ID

Social Security Number    \*\*\*-\*\*-8093

## Notice of Withdrawal

This notice is to inform you of the Pennsylvania Department of Revenue's bankruptcy claim withdrawal of the below case.

| Account Information: | Bankruptcy Case Details: |
|---|---|
| HAGEN, TERRY M | **Case ID:** 1703826 |
| Social Security Number : \*\*\*-\*\*-8093 | **Type:** Chapter 13 |
| | **File Date:** 09-Jan-2025 |

| Why you are receiving this notice | On 24-Jan-2025 the department sent you a Proof of Claim in the amount of $45.12 |
|---|---|
| If you have any questions regarding this notice, please contact the department using the information provided. | Since the filing of our claim, a remittance or additional information has been received satisfying all liabilities on the Proof of Claim. |
| Tamika Washington | |
| Phone: (717) 783-0337 | |
| Fax: (717) 783-4331 | |

| What you need to do | Please accept this letter as your authority to withdraw our claim. No further action is required. |
|---|---|