United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Terry M. Hagen

Jessica N. Hagen

    Debtors

Case No. 17-03826-HWV

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2025:**

**Recip ID**            **Recipient Name and Address**

         +   Tamika Washington, PA Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0001

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| acc | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 27 2025 18:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

    NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2025            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2025 at the address(es) listed below:

**Name**            **Email Address**

Brent Diefenderfer

         on behalf of Debtor 2 Jessica N. Hagen bdiefenderfer@cgalaw.com
jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com

Brent Diefenderfer

         on behalf of Debtor 1 Terry M. Hagen bdiefenderfer@cgalaw.com
jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.

bestcase.com

Denise E. Carlon

    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Jack N Zaharopoulos

    TWecf@pamd13trustee.com

Janet M. Spears

    on behalf of Creditor MIDFIRST BANK bkecfinbox@aldridgepite.com  JSpears@ecf.courtdrive.com

Jerome B Blank

    on behalf of Creditor JPMorgan Chase Bank  National Association pamb@fedphe.com

United States Trustee

    ustpregion03.ha.ecf@usdoj.gov


TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Terry M. Hagen | Chapter 13

**Debtor 1** | Case number 1:17−bk−03826−HWV

Jessica N. Hagen
aka Jessica N. Mason

**Debtor 2**

## Notice

Notice: The PDF document attached to the Claim #13 appears to pertain to a different case, does not relate to your claim, or was otherwise filed in error. Please review the claim and take the appropriate corrective action (e.g., withdraw or amend the claim). Claims may be amended or withdrawn using the electronic proof of claim system (ePOC) found at https://www.pamb.uscourts.gov. (Price, Lyndsey)

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 27, 2025 |

Notice Text Entries (Form nttext) (3/20)